UNITED STATES of America,
Plaintiff–Appellee,

v.

Odin MARTINEZ–GOMEZ,
Defendant–Appellant.

No. 12–10277.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 21, 2013.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas Frank Jacobs, Law Offices of Thomas Jacobs, Tucson, AZ, for Defendant–Appellant.

Odin Martinez–Gomez, Adelanto, CA, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Odin Martinez–Gomez appeals from the district court's judgment and challenges his guilty-plea conviction and 41–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel

for Martinez–Gomez has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

